# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Curlan Lewis Johnson<br><br>　　　　　　　　　Debtor<br><br>Curlan Lewis Johnson<br><br>　　　v.<br><br>Deutsche Bank National Trust Company, as Indenture Trustee for Ace Securities Corp., Home Equity Loan Trust, Series 2007-SL3 | CHAPTER 13<br><br>BKY. NO. 19-10447 ELF<br><br>ADV. No. 19-00136 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　　Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Indenture Trustee for Ace Securities Corp., Home Equity Loan Trust, Series 2007-SL3 and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esq.**
　　　　　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　　　　　(215) 627-1322