## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Curlan Lewis Johnson <br> <u>Debtor</u> <br><br> Deutsche Bank National Trust Company, as Indenture Trustee for Ace Securities Corp., Home Equity Loan Trust, Series 2007-SL3 <br> <u>Movant</u> <br> vs. <br><br> Curlan Lewis Johnson <br> <u>Debtor</u> <br><br> Scott F. Waterman, Esquire <br> <u>Trustee</u> | CHAPTER 13 <br> NO. 19-10447 ELF <br> Adversary Case: 19-00136-ELF |

### ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby;

**ORDERED** that the deadline to file the Answer be extended to **August 28, 2019**.

Dated:  7/30/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**