United States Bankruptcy Court
Eastern District of Pennsylvania

Johnson,
     Plaintiff                                                                                                             Adv. Proc. No. 19-00136-elf

Specialized Loan Servicing LLC,
     Defendant

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Keith             Page 1 of 1              Date Rcvd: Jul 30, 2019
                       Form ID: pdf900       Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2019.
ust              +BRENDA D. GISH,    Office of United States Trustee - U.S. D,    Federal Building,
                 228 Walnut Street, 11th Floor,    Harrisburg, PA 17101-1714
ust              +United States Trustee,    Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,
                 Philadelphia, PA 19106-2908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust              +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jul 31 2019 02:51:07      Frederic J. Baker,
                 Office of United States Trustee,    833 Chestnut Street,    Suite 500,
                 Philadelphia, PA 19107-4405
ust              +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Jul 31 2019 02:51:07      SHAKIMA L. DORTCH,
                 U.S. Dept. of Justice - U.S. Trustee,    844 N. King Street,    Suite 2207,
                 Wilmington, DE 19801-3519
ust              +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jul 31 2019 02:51:07      United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
                                                                                                        TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                       TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2019 at the address(es) listed below:
            CHARLES LAPUTKA    on behalf of Plaintiff Curlan Lewis Johnson claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
            KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
              Trustee for Ace Securities Corp., Home Equity Loan Trust, Series 2007-SL3 bkgroup@kmllawgroup.com
                                                                                                     TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Curlan Lewis Johnson<br>                    <u>Debtor</u><br><br>Deutsche Bank National Trust Company, as Indenture Trustee for Ace Securities Corp., Home Equity Loan Trust, Series 2007-SL3<br>                    <u>Movant</u><br>            vs.<br><br>Curlan Lewis Johnson<br>                    <u>Debtor</u><br><br>Scott F. Waterman, Esquire<br>                    <u>Trustee</u> | CHAPTER 13<br>NO. 19-10447 ELF<br>Adversary Case: 19-00136-ELF |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby;

**ORDERED** that the deadline to file the Answer be extended to **August 28, 2019**.

Dated:    7/30/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**