# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   Curlan Lewis Johnson , | : | Chapter 13 |
|  | : | Bankruptcy No. 19-10447-ELF |
| Debtor, | : |  |
|  | : | Adv. Proc. No. 19-000136-ELF |
|  | : |  |
| Curlan Lewis Johnson, | : |  |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| Deutsche Bank National Trust Company, as Indenture Trustee for Ace Securities Corp., Home Equity Loan Trust, Series 2007-SL3, | : |  |
| Defendant. | : |  |

### STIPULATED ORDER OF CONSENT DETERMINING THE SECURED STATUS OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2007-SL3

Plaintiff, Curlan Lewis Johnson ("Debtor" or "Plaintiff"), and Deutsche Bank National Trust Company, as Indenture Trustee for Ace Securities Corp., Home Equity Loan Trust, Series 2007-SL3 ("Defendant"), by and through undersigned counsel, hereby consent to the entry of the following ORDER:

IT IS HEREBY ORDERED that Defendant has a valid second mortgage, recorded on March 26, 2007 (the "Second Mortgage"), on the Debtors' real property, commonly known as 41 Morningside Drive, Easton, PA 18045 (the "Property").

IT IS FURTHER ORDERED that Defendant shall have an allowed unsecured claim in the amount listed on Proof of Claim #5-1, which was filed on March 19, 2019, and said claim shall be incorporated in the Debtor's Chapter 13 plan without objection.

IT IS FURTHER ORDERED that, upon successful completion of the Chapter 13 Plan and entry of an Order of Discharge, the lien of Defendant shall be terminated and released.

      IT IS FURTHER ORDERED that in the event the Plaintiffs' case is dismissed or converted to Chapter 7, or, if prior to discharge, the Property is sold, conveyed or otherwise transferred, or if the first mortgage or any other lien or mortgage on the Property is refinanced, this Order shall be considered void and the full and complete rights of Defendant shall be restored as if no bankruptcy proceeding was ever filed.

      By the Court

      _____
      The Honorable Eric L. Frank
      United States Bankruptcy Judge

*/s/ Kevin McDonald, Esquire*
KEVIN MCDONALD, ESQ.
Attorney I.D. # 203783
KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 627-1532
kmcdonald@kmllawgroup.com
*Attorney for Defendant*

*/s/ Charles Laputka, Esquire*
Charles Laputka, Esq.
Attorney I.D. # 91984
1344 W. Hamilton St.
Allentown, PA 18102
(610) 477-0155
*Attorney for Plaintiff/Debtor*