United States Bankruptcy Court
Eastern District of Pennsylvania

Johnson,
    Plaintiff
                                          Adv. Proc. No. 19-00136-elf

Specialized Loan Servicing LLC,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: Keith            Page 1 of 1            Date Rcvd: Sep 03, 2019
                      Form ID: pdf900    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2019.
ust        +BRENDA D. GISH,   Office of United States Trustee - U.S. D,   Federal Building,    228 Walnut Street, 11th Floor,   Harrisburg, PA 17101-1714
ust        +United States Trustee,   Office of the U.S. Trustee,   200 Chestnut Street,   Suite 502,    Philadelphia, PA 19106-2908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Sep 04 2019 03:24:12    Frederic J. Baker,    Office of United States Trustee,   833 Chestnut Street,   Suite 500,    Philadelphia, PA 19107-4405
ust        +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Sep 04 2019 03:24:12    SHAKIMA L. DORTCH,    U.S. Dept. of Justice - U.S. Trustee,   844 N. King Street,   Suite 2207,    Wilmington, DE 19801-3519
ust        +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Sep 04 2019 03:24:12    United States Trustee,    228 Walnut Street, Suite 1190,   Harrisburg, PA 17101-1722
                                                                                              TOTAL: 3

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2019 at the address(es) listed below:
              CHARLES   LAPUTKA   on behalf of Plaintiff Curlan Lewis Johnson claputka@laputkalaw.com,    jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              KEVIN G. MCDONALD   on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture Trustee for Ace Securities Corp., Home Equity Loan Trust, Series 2007-SL3 bkgroup@kmllawgroup.com
                                                                                              TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   Curlan Lewis Johnson , | : | Chapter 13 |
| | : | Bankruptcy No. 19-10447-ELF |
| Debtor, | : | |
| | : | Adv. Proc. No. 19-000136-ELF |
| | : | |
| Curlan Lewis Johnson, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Deutsche Bank National Trust Company, as | : | |
| Indenture Trustee for Ace Securities Corp., Home | : | |
| Equity Loan Trust, Series  2007-SL3, | : | |
| Defendant. | : | |

**STIPULATED ORDER OF CONSENT AS MODIFIED BY THE COURT**

Plaintiff, Curlan Lewis Johnson ("Debtor" or "Plaintiff"), and Deutsche Bank National Trust Company, as Indenture Trustee for Ace Securities Corp., Home Equity Loan Trust, Series 2007-SL3 ("Defendant"), by and through undersigned counsel, hereby consent to the entry of the following ORDER:

IT IS HEREBY ORDERED that Defendant has a valid second mortgage, recorded on March 26, 2007 (the "Second Mortgage"), on the Debtors' real property, commonly known as 41 Morningside Drive, Easton, PA 18045 (the "Property").

[Handwritten annotation: Defendant's Claim # 51 is DISALLOWED as a secured claim, but]

IT IS FURTHER ORDERED that Defendant shall have an allowed unsecured claim in the amount listed on Proof of Claim #5-1, which was filed on March 19, 2019, and said claim shall be incorporated in the Debtor's Chapter 13 plan without objection.

IT IS FURTHER ORDERED that, upon successful completion of the Chapter 13 Plan and entry of an Order of Discharge, the lien of Defendant shall be terminated and released.

IT IS FURTHER ORDERED that in the event the Plaintiffs' case is dismissed or converted to Chapter 7, or, if prior to discharge, the Property is sold, conveyed or otherwise transferred, or if the first mortgage or any other lien or mortgage on the Property is refinanced, this Order shall be considered void and the full and complete rights of Defendant shall be restored as if no bankruptcy proceeding was ever filed.

The Clerk shall administratively close this adversary proceeding.

Date: 8/30/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**